Linda B. Oliver (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 704-7433
Facsimile:   (205) 254-1999

Michael D. Mulvaney (*pro hac vice*)
mmulvaney@maynardcooper.com
Christopher C. Frost (*pro hac vice*)
cfrost@maynardcooper.com
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

Attorney for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| G. GRANT JOHNSON, an individual, on behalf of himself and a class of similarly situated persons,<br><br>            Plaintiff,<br><br>    vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; DOES 1-25,<br><br>            Defendants. | Case No.: 3:15-cv-04138-WHO<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Current Date: December 8, 2015**<br>**Proposed Date: January 12, 2016** |

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 | Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY
2 | ORDERED THAT the case management conference in this matter, currently set for December 8,
3 | 2015, is continued to January 12, 2016 at 2 p.m., and that the due date of the parties' Joint Case
4 | Management Conference statement is continued from December 1, 2015 to January 5, 2016.
5 | November 30, 2015

_____
William H. Orrick
United States District Judge