Michael von Loewenfeldt (178665)
Ivo Labar (203492)
Daniel J. Veroff (291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: mvl@kerrwagstaffe.com
Email: labar@kerrwagstaffe.com
Email: veroff@kerrwagstaffe.com

Attorneys for Plaintiff
G. GRANT JOHNSON

Michael D. Mulvaney
Christopher C. Frost
**MAYNARD, COOPER & GALE P.C.**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Fax: (205) 254-1999
Email: CFrost@maynardcooper.com

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| G. GRANT JOHNSON, an individual, on behalf of himself and a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:15-cv-04138-WHO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CMC DATE TO JULY 11, 2017** |

# **STIPULATION**

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff G. Grant Johnson ("Plaintiff") and Defendant Hartford Casualty Insurance Company ("Defendant") (collectively the "Parties"), by and through their counsel, make the following stipulated request for a continuance of the case management conference scheduled for June 20, 2017 until July 11, 2017, based on the following recitals.

WHEREAS, on May 22, 2017, the Court set case management conference for June 20, 2017 at 2:00 p.m. (Dkt. No. 64);

WHEREAS, lead counsel for the Plaintiff will be out of town on a non-refundable family camping trip during the week including June 20, 2017;

WHEREAS counsel for the Defendants are trial counsel in another case that is set to go to trial the week of June 26th, said trial scheduled to last for two weeks;

WHERERAS, in addition to their respective scheduling issues, the Parties would like additional time to confer prior to the case management conference;

WHEREAS, counsel for all parties are available on July 11, 2017;

NOW THEREFORE, the Parties jointly request that the Court reschedule the case management conference to July 11, 2017 at 2:00 p.m. with the joint case management conference statement due on July 5, 2017 (or June 30, 2017 if the Court prefers),

**IT IS SO STIPULATED.**

DATED: May 23, 2017    **KERR & WAGSTAFFE LLP**

By: /s/ Michael von Loewenfeldt
Michael von Loewenfeldt
Attorney for Plaintiff
G. GRANT JOHNSON

DATED: May 23, 2017    **MAYNARD, COOPER & GALE P.C.**

By: /s/ Michael D. Mulvaney
Michael D. Mulvaney
Christopher C. Frost
Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

1

Case No. 3:15-cv-04138-WHO    JOINT STIPULATION AND ORDER TO CONTINUE CMC

## **GENERAL ORDER 45 ATTESTATION**

I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Counsel for Defendants indicated in the signature line above has concurred in this filing.

DATED: May 24, 2017 /s/ Michael von Loewenfeldt
MICHAEL VON LOEWENFELDT

1 **ORDER**

2 Pursuant to the stipulation of the parties and good cause appearing,

3 IT IS HEREBY ORDERED THAT the case management conference scheduled for June
4 20, 2017 shall be continued until July 11, 2017 at 2:00 p.m.

5 IT IS FURTHER ORDERED that the parties shall submit a Joint Case Management
6 Statement by July 5, 2017; it should include the parties' proposals for a case schedule through
7 trial.

8 IT IS SO ORDERED.

10 DATED: May 24, 2017

_____
Hon. William H. Orrick
United States District Judge