1  MICHAEL VON LOEWENFELDT (178665)
   IVO LABAR (203492)
2  DANIEL J. VEROFF (291492)
   **KERR & WAGSTAFFE LLP**
3  101 Mission Street, 18th Floor
   San Francisco, CA 94105–1727
4  Telephone: (415) 371-8500
   Fax: (415) 371-0500
5  Email: mvl@kerrwagstaffe.com
   Email: labar@kerrwagstaffe.com
6  Email: veroff@kerrwagstaffe.com

7  Attorneys for Plaintiffs
   G. GRANT JOHNSON and the Settlement Class
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| G. GRANT JOHNSON, an individual, on behalf of himself and a class of similarly situated persons,<br><br>  Plaintiff,<br><br>  v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 3:15-cv-04138-WHO<br><br>**NOTICE OF ERRATA REGARDING DECLARATION OF MICHAEL VON LOEWENFELDT IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND PLAINTIFF INCENTIVE AWARD**<br><br>DATE: September 19, 2018<br>TIME: 2:00 PM<br>DEPT: Courtroom 2, 17th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs G. Grant Johnson and the Settlement Class hereby gives Notice of Errata regarding the Declaration of Michael von Loewenfeldt filed as docket number 95-1 on July 13, 2018. Counsel have discovered two typographical errors in the document. Neither is substantive.

First, the caption title of the document states "Declaration of Michael von Loewenfeldt In Support of Motion for Preliminary Approval of Class Action Settlement." The correct title, as reflected in the footer, should be "Declaration of Michael von Loewenfeldt In Support of Motion For Award of Attorneys' Fees, Costs, and Plaintiff Incentive Award" (i.e., the motion the declaration was filed with and in support of).

Second, the first paragraph of the declaration inadvertently states that it is filed in support of Plaintiff's Motion for Class Certification. That should read "Plaintiff's Motion For Award of Attorneys' Fees, Costs, and Plaintiff Incentive Award" (i.e. the motion the declaration was filed with and in support of).

None of the substantive content is inaccurate, and we believe the fact these are typos are apparent in context, but we apologize for any confusion this may have caused the Court.

Dated: August 10, 2018         **KERR & WAGSTAFFE LLP**

By:  /s/ Michael von Loewenfeldt
MICHAEL VON LOEWENFELDT

Attorney for Plaintiffs
G. GRANT JOHNSON and the Settlement Class