UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G GRANT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 3:15-cv-04138-WHO<br><br>**JUDGMENT** |

Judgment is entered in accordance with the September 20, 2018 Final Approval Order. Dkt. No. 100.

**IT IS SO ORDERED.**

Dated: December 3, 2018

William H. Orrick
United States District Judge